IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: LOUIS PHILIP WINGERTER             CASE NO. 97-12667 SECTION B

## TRANSMITTAL OF UNCLAIMED FUNDS

PAUL N. DEBAILLON, trustee of this estate, reports the following:

1. More than ninety days having passed since the trustee issued a check in payment of an unsecured claim, said check has never been presented to the bank for payment. The unnegotiated distribution check was issued on 6/21/06 and the amounts of such check is:

| NAME AND ADDRESS | AMOUNT OF UNCLAIMED FUNDS |
|---|---|
| Claim #2<br>ReJane Jackson<br>c/o Darlene Jacobs, Atty<br>2925 Lakewood Dr<br>Violet, LA 70092 | $2,300.89 |

2. A check in the amount of $2,300.89 payable to the Clerk, US Bankruptcy Court, is attached to this report and list.

LAFAYETTE, LOUISIANA, THIS 27TH DAY OF SEPTEMBER, 2006.

_____
PAUL N. DEBAILLON, TRUSTEE

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 17th Floor, New York, NY 10004

VOID AFTER 90 DAYS

104

1-2 / 210

2764

| Case | Debtor |
|---|---|
| 97-12667 "B" | WINGERTER, LOUIS PHILIP |
| 312849869266 | |
| UNCLAIMED FUNDS; CLAIM #2; REJANE JACKSON | |

TID #380360
PAUL DEBAILLON
PO Box 51387
Lafayette LA 70505-1387

Date 09/27/2006         $ *******2,300.89

~~~Two Thousand Three Hundred Dollars and 89/100

Pay to the Order of   CLERK, US BANKRUPTCY COURT

PAUL DEBAILLON, Trustee

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈000000104⑈ ⑆021000021⑆ 312849869266⑈